In the Matter of SARA WEBER, an Infant, by Her Father and Natural Guardian ELIMELECH WEBER, Respondent, et al., Claimant, v. NEW YORK CITY TRANSIT AUTHORITY, Appellant.

686

Beldock, P. J.,
Christ and Rabin, JJ., concur; Brennan and Hopkins, JJ., dissent and vote to affirm the order insofar as appealed from, on the authority of *Matter of Pandoliano* v. *New York City Tr. Auth.* (17 A D 2d 951); *Matter of Spanos* v. *Town of Oyster Bay* (23 A D 2d 881) and *Kern* v. *Central Free School Dist. No. 4* (25 A D 2d 867).